# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRE AUDIGE** and **CLAUDETTE AUDIGE,**
Appellants,

v.

**KEVIN MOORE, JACQUELINE MOORE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, INC.,** and **DEUTSCHE BANK TRUST COMPANY AMERICAS,**
Appellees.

No. 4D17-1670

[December 7, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 15-019975 (08).

Andre Audige and Claudette Audige, Coram, New York, pro se.

Jennifer L. Gauthier of Ritter Chusid, LLP, Coral Springs, for appellees, Kevin Moore and Jacqueline Moore.

Beth A. Norrow of Greenberg Traurig, P.A., Orlando and Barry L. Rothberg of Greenberg Traurig, P.A., Miami, for appellee, Deutsche Bank Trust Company Americas.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***